UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

RACHAEL WYATT,            )
    Plaintiff         )
                      )
    v.                )  Civil Action No. 2:11-cv-297
                      )
CITY OF BARRE,            )
    Defendant         )

### STIPULATION AND ORDER OF DISMISSAL

NOW COME the Parties, by and through their counsel of record, and hereby stipulate and agree as follows:

That all claims against Defendant City of Barre, including any claim for attorney's fees pursuant to 42 U.S.C. §1988 or otherwise, shall be dismissed WITH PREJUDICE, with the Plaintiff and Defendant to each bear their own costs and attorney's fees.

DATED at Montpelier, Vermont, this 21st day of September, 2012.

                ELLIS BOXER & BLAKE

                BY: _____
                        Caroline S. Earle, Esq.
                        Jennifer K. Moore, Esq.
                        Attorneys for Plaintiff

DATED at Middlebury, Vermont, this 4th day of October, 2012.

                ENGLISH, CARROLL & BOE, P.C.

                BY: _____
                        James Carroll, Esq.
                        Attorneys for Defendants City of Barre and
                        Timothy Bombardier

APPROVED AND ORDERED:

10/10/2012                           /s/ William K. Sessions III
_____       _____
Date                                  U.S. District/Magistrate Judge

ENGLISH, CARROLL
& BOE, P.C.
64 COURT STREET
MIDDLEBURY, VT 05753
(802) 388-6711
FAX 388-2111